# UNITED STATES COURT OF APPEALS FOR THE FOURTH CIRCUIT
## APPEARANCE OF COUNSEL FORM

**BAR ADMISSION & ECF REGISTRATION:** If you have not been admitted to practice before the Fourth Circuit, you must complete and return an Application for Admission before filing this form. If you were admitted to practice under a different name than you are now using, you must include your former name when completing this form so that we can locate you on the attorney roll. Electronic filing by counsel is required in all Fourth Circuit cases. If you have not registered as a Fourth Circuit ECF Filer, please complete the required steps at Register for eFiling.

THE CLERK WILL ENTER MY APPEARANCE IN APPEAL NO. __15-1385__ as

☐ Retained  ☐ Court-appointed(CJA)  ☐ Court-assigned(non-CJA)  ☐ Federal Defender  ☐ Pro Bono  ☐ Government

COUNSEL FOR: Roger F. Carlson and Mary Jo Carlson

_____ as the
(party name)

☐ appellant(s)  ☒ appellee(s)  ☐ petitioner(s)  ☐ respondent(s)  ☐ amicus curiae  ☐ intervenor(s)

_Jefferson Leath_
(signature)

W. Jefferson Leath, Jr.
Name (printed or typed)

843-513-1071
Voice Phone

Leath, Bouch & Seekings, LLP
Firm Name (if applicable)

843-937-0606
Fax Number

P. O. Box 59
92 Broad Street
Charleston, SC  29402
Address

jl@leathbouchlaw.com
E-mail address (print or type)

## CERTIFICATE OF SERVICE

I certify that on _April 16, 2015_ the foregoing document was served on all parties or their counsel of record through the CM/ECF system if they are registered users or, if they are not, by serving a true and correct copy at the addresses listed below:

A. Victor Rawl, Jr., Esq.
McNair Law Firm
P. O. Box 1431
Charleston, SC  29402

Celeste T. Jones, Esq.
McNair Law Firm
P. O. Box 11390
Columbia, SC  29211

Henry W. Frampton IV, Esq.
McNair Law Firm
P. O. Box 1431
Charleston, SC  29402

_Jefferson Leath_
Signature

4-16-2015
Date

05/07/2014
SCC