UNITED STATES COURT OF APPEALS FOR THE FOURTH CIRCUIT
## APPEARANCE OF COUNSEL FORM

**BAR ADMISSION & ECF REGISTRATION:** If you have not been admitted to practice before the Fourth Circuit, you must complete and return an Application for Admission before filing this form. If you were admitted to practice under a different name than you are now using, you must include your former name when completing this form so that we can locate you on the attorney roll. Electronic filing by counsel is required in all Fourth Circuit cases. If you have not registered as a Fourth Circuit ECF Filer, please complete the required steps at Register for eFiling.

THE CLERK WILL ENTER MY APPEARANCE IN APPEAL NO. **15-1385** as

☑ Retained  ☐ Court-appointed(CJA)  ☐ Court-assigned(non-CJA)  ☐ Federal Defender  ☐ Pro Bono  ☐ Government

COUNSEL FOR: Roger F. Carlson and Mary Jo Carlson
_____ as the
(party name)

☐ appellant(s)  ☑ appellee(s)  ☐ petitioner(s)  ☐ respondent(s)  ☐ amicus curiae  ☐ intervenor(s)

_/s/ Amanda Blundy_
(signature)

Amanda M. Blundy
Name (printed or typed)

843.884.1865
Voice Phone

The Segui Law Firm, P.C.
Firm Name (if applicable)

_____
Fax Number

864 Lowcountry Blvd, Suite A

Mount Pleasant, SC 29464
Address

ablundy@seguilawfirm.com
E-mail address (print or type)

### CERTIFICATE OF SERVICE

I certify that on **April 23, 2015** the foregoing document was served on all parties or their counsel of record through the CM/ECF system if they are registered users or, if they are not, by serving a true and correct copy at the addresses listed below:
John T. Chakeris
The Chakeris Law Firm
Post Office Box 397
Charleston, SC 29402

_/s/ Amanda Blundy_
Signature

4-23-15
Date

05/07/2014